UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Ruchira Pal, | : |
| | : |
| Plaintiff, | : Civil Action No.: 2:12-cv-02480-LMA-ALC |
| v. | : |
| Cavalry Portfolio Services, LLC; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 1, 2012

Respectfully submitted,

PLAINTIFF, Ruchira Pal

By: ___/s/ Kenneth D. McLean_____
Kenneth D. McLean, Esq. (LSB No. 30190)
THE McLEAN LAW FIRM, LLC
P.O. Box 38161
Germantown, TN 38183-0161
Telephone: (901) 326-6888
Facsimile: (901) 531-8102
Attorneys for Plaintiff

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-342

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 1, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Kenneth D. McLean_____

                 Kenneth D. McLean, Esq.